UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA :
:
v. : CASE NO. 8:12-CR-160 T 30 EAJ
: 18 U.S.C. § 1341
JAMES ARTHUR GOETZ, : 18 U.S.C. § 1343
a/k/a "Gabriel Espinoza," : Forfeitures: 18 U.S.C. § 981(a)(1)(C)
a/k/a "Alexander Sith," : 28 U.S.C. § 2461(c)
a/k/a "Egosum Mihi" :

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

(Mail Fraud Count)

A. **Introduction**

At all times relevant to this Indictment:

1. The defendant, JAMES ARTHUR GOETZ, a citizen of the United States, lived in Lakeland, Middle District of Florida.

2. Sunshine Financial Group, LLC (hereinafter "SFG") was incorporated in Florida on May 26, 2005 and advertized itself as a Wyoming company.

3. Grileck International, SA (hereinafter "GI"), held itself out as a Uruguayan corporation allegedly founded in 2005 and offering personal service in financial and international arenas including investments, private banking, and portfolio management.

4. An individual with the initials of J.P.P. lived in Miami, Florida.

### B. Scheme and Artifice

5. From an unknown date prior to March 2007, through at least June 2, 2010, at Lakeland, Polk County, in the Middle District of Florida, and elsewhere,

JAMES ARTHUR GOETZ,
a/k/a "Gabriel Espinoza,"
a/k/a "Alexander Sith,"
a/k/a "Egosum Mihi,"

defendant herein, knowingly and willfully devised and intended to devise a scheme and artifice to obtain money from investors and other individuals and entities by means of material false and fraudulent pretenses, representations, and promises, well knowing that the pretenses, representations, and promises were false and fraudulent.

### C. Manner and Means

The manner and means by which the scheme and artifice was carried out were as follows:

6. It was part of the scheme and artifice that the defendant would and did establish himself as an advisor for investment opportunities with specific organizations, including SFG and GI, and would provide informational seminars regarding investment opportunities offered by these two organizations.

7. It was further part of the scheme and artifice that the defendant would and did represent himself to be, at various times, the General Manager, President, and/or Principal Owner of GI.

8. It was further part of the scheme and artifice that the defendant would and did establish at least three false identities relating to GI, including "Gabriel Espinoza," "Alexander Sith," and "Egosum Mihi."

9. It was further part of the scheme and artifice that the defendant would and did make application to incorporate SFG with the state of Florida in or about May 2005.

10. It was further part of the scheme and artifice that the defendant would and did appear to incorporate GI in Montevideo, Uruguay in or about 2006.

11. It was further part of the scheme and artifice that the defendant would and did, on or about July 24, 2007, author a Wikipedia encyclopedia page on the internet concerning GI which falsely claimed to have been founded on June 8, 2005 in Montevideo, Uruguay as an investment and banking organization in addition to numerous other activities.

12. It was further part of the scheme and artifice that the defendant would and did, in or about July 2008, begin corresponding via e-mail with a prospective investor with the initials J.P.P. who he encouraged to invest money with GI and falsely promised that GI would pay J.P.P. a minimum return on a short term investment (four months) of 5% per month.

### D. <u>Mailing</u>

13. On or about July 18, 2008, at Lakeland, Polk County, in the Middle District of Florida, JAMES ARTHUR GOETZ, the defendant herein, for the purpose of executing the above described scheme and artifice to defraud and obtain money, and attempting to do so, did cause to be delivered by United States Mail, according to the direction thereon, mail matter, that is an envelope sent by J.P.P. containing Check number 1718 made payable to the order of Sunshine Financial Group in the amount of $160,000.00 with the notation on the FOR line of "Grileck Investment 5%."

In violation of Title 18, United States Code, Sections 1341 and 2.

## COUNTS TWO THROUGH SEVENTEEN

(Wire Fraud Counts)

### A. Introduction

At all times relevant to this Indictment:

1. The defendant, JAMES ARTHUR GOETZ, a citizen of the United States, lived in Lakeland, Middle District of Florida.

2. Sunshine Financial Group, LLC (hereinafter "SFG") was incorporated in Florida on May 26, 2005 and advertized itself as a Wyoming company.

3. Grileck International, SA (hereinafter "GI"), held itself out as a Uruguayan corporation allegedly founded in 2005 and offering personal service in financial and international arenas including investments, private banking, and portfolio management.

4. An individual with the initials of J.P.P. lived in Miami, Florida.

5. Natural Solutions Foundation (hereinafter "NSF") was a non-profit organization, incorporated in Nevada, whose goal was to support advanced health care and health freedom in America and around the world by educating members of the United States Congress, other world legislators, agencies, and decision makers.

### B. The Criminal Scheme

6. From an unknown date prior to March 2007, through at least June 2, 2010, at Lakeland, Polk County, in the Middle District of Florida, and elsewhere,

> JAMES ARTHUR GOETZ,
> a/k/a "Gabriel Espinoza,"
> a/k/a "Alexander Sith,"
> a/k/a "Egosum Mihi,"

defendant herein, knowingly and willfully devised and intended to devise a scheme and

4

artifice to defraud and to obtain money from investors and other individuals and entities by means of false and fraudulent pretenses, representations, and promises, relating to material facts.

### C. The Manner and Means of the Scheme

The manner and means by which the scheme and artifice was carried out were as follows:

7. It was part of the scheme and artifice that the defendant would and did establish himself as an advisor for investment opportunities with specific organizations, including SFG and GI, and would provide informational seminars regarding investment opportunities offered by these two organizations.

8. It was part of the scheme and artifice that the defendant would and did establish himself as a licensed banker with GI, and that GI was licensed to do banking in Uruguay, Panama, and the United States.

9. It was further part of the scheme and artifice that the defendant would and did represent himself to be, at various times, the General Manager, President, and/or Principal Owner of GI.

10. It was further part of the scheme and artifice that the defendant would and did establish at least three false identities relating to GI, including "Gabriel Espinoza," "Alexander Sith," and "Egosum Mihi."

11. It was further part of the scheme and artifice that the defendant would and did make application to incorporate SFG with the state of Florida in or about May 2005.

12. It was further part of the scheme and artifice that the defendant would and did appear to incorporate GI in Montevideo, Uruguay in or about 2006.

13. It was further part of the scheme and artifice that the defendant would and did, in or about January 2007, establish Montana Holdings, Inc. In Panama through Sovereign Management Services, S.A.

14. It was further part of the scheme and artifice that the defendant would and did, in or about April 2007, establish an account in the name of Grileck International, S.A. with the Caye International Bank LTD, Ambergris Caye, Belize.

15. It was further part of the scheme and artifice that the defendant would and did, on or about July 24, 2007, author a Wikipedia encyclopedia page on the internet concerning GI which falsely claimed to have been founded on June 8, 2005 in Montevideo, Uruguay as an investment and banking organization in addition to numerous other activities.

16. It was further part of the scheme and artifice that the defendant would and did, in or about July 2008, begin corresponding via e-mail with a prospective investor with the initials J.P.P. who he encouraged to invest money with GI and falsely promised that GI would pay J.P.P. a minimum return on a short term investment (four months) of 5% per month.

17. It was further part of the scheme and artifice that the defendant would and did, prior to August 14, 2008, falsely represent himself to R.L., a trustee of NSF, as a licensed banker who was the president and principle owner of GI and that GI was a bank in Uruguay offering financial services in Panama and the United States which could assist NSF in transferring funds to Panama in order to purchase property.

## D. Acts of Execution

18. On or about the dates as set forth below in each Count, in the Middle District of Florida, JAMES ARTHUR GOETZ, the defendant herein, for the purpose of executing the aforesaid scheme and artifice to defraud, did knowingly transmit and cause to be transmitted in interstate and foreign commerce by means of wire and radio communications, certain writings, signs, signals, pictures and sounds, as described and set forth below:

| Count | Date | Nature of Communications | Sent From | Sent To |
|---|---|---|---|---|
| Two | 07/14/08 | Email involving GI investment specifics with deadline date | "Gabriel Espinoza" representing GI | JPP using email addressee name of axxxx gxxxxx |
| Three | 08/04/08 | Email involving GI investment invitation particulars | "Alexander Sith" representing GI | JPP using email addressee name of axxxi gxxxxx |
| Four | 08/07/08 | Email involving instilling confidence in GI investment | "Alexander Sith" representing GI | JPP using email addressee name of axxxx gxxxxx |
| Five | 08/13/08 | Wire-transfer of approximately $50,000 | Washington Mutual James A. Goetz Sunshine Wire Acct. No. xx2239 | Earthport PLC Account No. xx7377 located in London, England |
| Six | 08/14/08 | Wire-transfer of approximately $100,000 | NSF Acct. No. xx1265 at JP Morgan Chase Bank | Grileck International Acct. xx163 (CayeBank located in Belize) |
| Seven | 08/15/08 | Wire-transfer of approximately $53,000 | NSF Acct. No. xx1265 at JP Morgan Chase Bank | Grileck International Acct. xx163 (CayeBank located in Belize) |
| Eight | 08/15/08 | Wire-transfer of approximately $18,000 | NSF Acct. No. xx1265 at JP Morgan Chase Bank | Grileck International Acct. xx163 (CayeBank located in Belize) |
| Nine | 10/03/08 | Wire-transfer of approximately $33,200 | NSF Acct. No. xx1265 at JP Morgan Chase Bank | Grileck International Acct. xx163 (CayeBank located in Belize) |
| Ten | 10/03/08 | Wire-transfer of approximately $14,500 | NSF Acct. No. xx9165 at JP Morgan Chase Bank | Grileck International Acct. xx163 (CayeBank located in Belize) |
| Eleven | 12/19/08 | Email involving instilling confidence in bank transfer | "Alexander Sith" representing GI | NSF Trustee R.L. |
| Twelve | 02/20/09 | Wire-transfer of approximately $194,960 | Grileck International, CayeBank Belize Acct. No. xx163 | Sunshine Financial Group LLC Acct. No. xx2033 with Washington Mutual Bank |
| Thirteen | 02/20/09 | Wire-transfer of approximately $10,000 | Grileck International, CayeBank Belize Acct. No. xx163 | Montana Holdings Co., HSBC, Panama City, Panama |

| | | | | |
|---|---|---|---|---|
| Fourteen | 02/24/09 | Wire-transfer of approximately $5,000 | James A. Goetz Washington Mutual Bank Acct. No. xx2239 | TD Bank Acct. belonging to Arthur D. Goetz in New Jersey |
| Fifteen | 02/24/09 | Wire-transfer of approximately $180,000 | James A. Goetz Washington Mutual Bank Acct. No. xx2239 | Bank of America Acct. belonging to Universal Consulting Resources LLC located in Wheat Ridge, Colorado |
| Sixteen | 02/25/09 | Wire-transfer of approximately $7,515 | Grileck International, CayeBank Belize Acct. No. xx163 | Barclay Bank PLC Acct. No. xx4766 located in London, England |
| Seventeen | 03/02/09 | Wire-transfer of approximately $6,153.59 | Grileck International, CayeBank Belize Acct. No. xx163 | Barclay Bank PLC Acct. No. xx4766 located in London, England |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## FORFEITURES

1. The allegations contained in Counts One through Seventeen of this Indictment are incorporated by reference for the purpose of alleging forfeitures, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. From his engagement in any and all violations alleged in Counts One through Seventeen of this Indictment, in violation of Title 18, United States Code, Sections 1341 and 1343, punishable by imprisonment for more than one year, the defendant, JAMES ARTHUR GOETZ, a/k/a "Gabriel Espinoza," a/k/a "Alexander Sith," and a/k/a "Egosum Mihi," shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violations.

3. Specifically, the property to be forfeited includes, but is not limited to, a forfeiture money judgment of at least $378,700, representing the proceeds the defendant obtained as a result of his offenses.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
FOREPERSON

ROBERT E. O'NEILL
United States Attorney

By: _____
DONALD L. HANSEN
Assistant United States Attorney

By: _____
W. STEPHEN MULDROW
Assistant United States Attorney
Chief, General Crimes Section

## UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JAMES ARTHUR GOETZ
a/k/a "Gabriel Espinoza"
a/k/a "Alexander Sith"
a/k/a "Egosum Mihi"

### INDICTMENT

Violation:
Title 18, United States Code, Sections 1341 and 1343

A true bill,

_____Patricia Ann_____
Foreperson

Filed in open court this 27th day
of March, A.D. 2013.

_____
Clerk

Bail  $_____